# United States District Court
## Southern District of Georgia

AMANDA CROSBY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

            v.

CASE NUMBER: CV212-140

TOMMY J. GREGORY, in his official capacity as Sheriff of Camden County,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 10, 2014, the Defendant's motion for summary judgment is GRANTED, Judgment is hereby ENTERED in favor of the Defendant and this civil action stands CLOSED.

September 10, 2014
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*